IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| FABIAN WOODS, JR, | : | |
| Plaintiff | : | |
| VS. | : | CIVIL No: 4:24-CV-00003-CDL-MSH |
| Lieutenant ADRIAN WEST, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Presently pending before the Court is a Complaint filed by *pro se* Plaintiff Fabian Woods, Jr., an inmate in the Rutledge State Prison in Columbus, Georgia, seeking relief pursuant to 42 U.S.C. § 1983 (ECF No. 1). Plaintiff has also filed a motion to proceed *in forma pauperis* in this action (ECF No. 2). A review of Court records reveals, however, that Plaintiff already has a similar case pending before the Court, *Woods v. West*, 4:23-cv-00194-CDL-MSH (M.D. Ga. Nov. 27, 2023) ("*Woods I*").

"As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative" of one already pending in federal court. *Curtis v. Citibank*, 226 F.3d 133, 138 (2d Cir. 2000). "[A] suit is duplicative of another suit if the parties, issues, and available relief do not significantly differ between the two actions." *I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986). "Trial courts are afforded broad discretion in determining whether to stay or dismiss litigation in order to avoid duplicating a proceeding already pending in another federal court." *Id.* at 1551-52.

Each of the parties named as a Defendant in the above-captioned action has also been named as a Defendant in *Woods I*, and the statement of claims and the description of the relief sought in this case are virtually identical to those set forth in the initial Complaint in *Woods I*. *Compare* Compl. 4-6, ECF No. 1 *with* Compl. 4-6, ECF No. 1 in *Woods I*. Plaintiff will thus have an opportunity to pursue each of the claims he identifies in this case in his previously filed action. Because the present action is duplicative of one already pending in this Court, it shall be **DISMISSED without prejudice,** and Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 2) may be terminated as moot. *See Curtis*, 226 F.3d at 138. Plaintiff may move to amend his Complaint in *Woods I* if he finds it necessary to include in *Woods I* any of the claims or factual allegations made in his Complaint in this case.

**SO ORDERED**, this **17th** day of **January, 2024**.

                                                      S/Clay D. Land
                                                     CLAY D. LAND
                                                     U.S. DISTRICT COURT JUDGE
                                                    MIDDLE DISTRICT OF GEORGIA